IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **PMJ BLEU TERRE MANAGEMENT, L.L.C.** § § § | |
| *PLAINTIFF,* § § | |
| **VS.** § § | **CIVIL ACTION NO. 5:22-cv-00166-FB** |
| **AMTRUST INSURANCE COMPANY OF KANSAS, INC.** § § § § | |
| *DEFENDANT.* § | |

## JOINT ADR REPORT

TO THE HONORABLE JUDGE BIERY:

In compliance with the Court's Order (Doc 42), the Parties hereby submit this report to update the court on the outcome of the recent mediation. On October 4, 2023, the Parties participated in a mediation session with James Jordan as the mediator. Regrettably, the parties arrived at an impasse and could not come to a resolution.

Therefore, the Parties respectfully request that the Court assign a trial date.

Respectfully submitted,

**ZAR LAW FIRM**

*/s/ Matthew Zarghouni*
Matthew Zarghouni
State Bar No. 24086085
3900 Essex Lane, Suite 1011
Houston, Texas 77027
Office: (346) 980-6600
Fax: (281) 888-3150
Matt@zar-law.com

**ATTORNEY FOR PLAINTIFF**

/swp/ *Linda Szuhy Ressetar*
Linda Szuhy Ressetar
State Bar No. 24033250
Thompson, Coe, Cousins & Irons, L.L.P.
700 N. Pearl Street, Twenty-Fifth Floor
Dallas, Texas 75201
Telephone (214) 871-8200
Facsimile (214) 871-8290

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that on 10/18/2023, a true and correct copy of this document was served on the following counsel of record using the Court's CM/ECF system and by electronic mail:

Linda Szuhy Ressetar
Thompson, Coe, Cousins & Irons, L.L.P.
700 N. Pearl Street, Twenty-Fifth Floor
Dallas, Texas 75201
Telephone (214) 871-8200
Facsimile (214) 871-8290

*/s/Matthew Zarghouni*
Matthew Zarghouni