IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **PMJ BLEU TERRE MANAGEMENT, LLC,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **V.** ) | **CIVIL ACTION NO. SA-22-CA-166-FB** |
| ) | |
| **AMTRUST INSURANCE COMPANY, OF KANSAS, INC.,** ) ) | |
| ) | |
| **Defendant.** ) | |

**ORDER TO SHOW CAUSE**

Before the Court is the status of the above styled and numbered cause. On March 19, 2024, the parties were Ordered to inform the Court, on or before April 9, 2024, whether they waive the right to proceed before the Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in this case, including the entry of a final Judgment. (Docket no. 47). Plaintiff responded to the Court's Order on April 10, 2024. To date, Defendant has not filed a response.

IT IS THEREFORE ORDERED that Defendant shall file, **on or before April 15, 2024**, a response to the Court's Order regarding election to proceed before a Magistrate Judge or show cause why the defensive pleadings in this case should not be stricken for Defendant's failure to comply with a Court order and defend this action. *See UMG Recordings, Inc. v. Blumenreich*, Case No. A-06-CA-298-SS, 2007 WL 9701382, at *2 (W.D. Tex. June 11, 2007) (striking defensive pleadings for defendant's failure to comply with orders and/or otherwise defend action). Defendant is NOTIFIED

that the failure to timely and properly comply with this or any future Order of the Court will result in the striking of defensive pleadings without further notice.

    It is so ORDERED.

    SIGNED this 11th day of April, 2024.

                                                            _____
                                                            FRED BIERY
                                                            UNITED STATES DISTRICT JUDGE