# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| PMJ BLEU TERRE MANAGEMENT, LLC, | § § § | |
| *PLAINTIFF,* | § § § | |
| VS. | § | CIVIL ACTION NO. 5:22-cv-00166-FB |
| | § | |
| AMTRUST INSURANCE COMPANY OF KANSAS, INC. | § § § | |
| *DEFENDANT.* | § § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, PMJ Bleu Terre Management, LLC, and Defendant, AmTrust Insurance Company of Kansas, Inc., hereby file this Notice of Settlement to inform the Court that the parties have reached an agreement to settle the above-styled and numbered cause. The parties are currently finalizing the settlement documents. They intend to file dismissal documents upon the finalization and execution of the settlement documents within the next 30 days. In light of the settlement, the parties respectfully request that the Court cancel the statute conference scheduled for May 15, 2024.

Respectfully submitted,

**ZAR LAW FIRM**
*/s/Matthew Zarghouni*
Matthew Zarghouni
State Bar No. 24086085
3900 Essex Ln, Suite 1011
Houston, Texas 77027
Office: (713) 333-5533
Fax: (281) 888-3150
Matt@zar-law.com

**ATTORNEY FOR PLAINTIFF**

*/swp/ J. Richard Harmon*
J. Richard Harmon
State Bar No. 09020700
Thompson, Coe, Cousins & Irons, L.L.P.
700 N. Pearl Street, Twenty-Fifth Floor
Dallas, Texas 75201
Telephone (214) 871-8200
Facsimile (214) 871-8290

**ATTORNEY FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that on 5/13/2024, a true and correct copy of this document was served on the following counsel of record using the Court's CM/ECF system and by electronic mail:

J. Richard Harmon
Thompson, Coe, Cousins & Irons, L.L.P.
700 N. Pearl Street, Twenty-Fifth Floor
Dallas, Texas 75201
Telephone (214) 871-8200
Facsimile (214) 871-8290

*/s/Matthew Zarghouni*
Matthew Zarghouni

2